JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HOUPENG MAO,

           Petitioner,

   v.

FIELD OFFICE DIRECTOR, et al.

         Respondents.

No. 5:26-cv-2339 DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted, and that Judgment is entered in favor of Petitioner and against Respondents.

DATED: May 13, 2026        _____

               HON. DANIEL S. ROBERTS
           UNITED STATES MAGISTRATE JUDGE